# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Smulley v. Webster Financial Corp. et al**   Docket No.: **16-2618**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Laura A. Zaino**

Firm: **Halloran & Sage LLP**

Address: **One Goodwin Square, 225 Asylum Street, Hartford, CT 06103**

Telephone: **(860) 522-6103**   Fax: **(860) 548-0006**

E-mail: **zaino@halloransage.com**

Appearance for: JP Morgan Case Bank, N.A./Appellee; Federal National Mortgage Assn./Appellee; Federal Housing Finance Agency/Appellee; Mortgage Electronic Registration Systems, Inc./Appellee

(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )

(name/firm)

☑ Additional counsel (co-counsel with: **Brian D. Rich/Halloran & Sage LLP** )

(name/firm)

☐ Amicus (in support of: _____ )

(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on **10/11/2012** _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: **Laura A. Zaino**