## CERTIFICATION OF SERVICE

I hereby certify that on August 10, 2016, a copy of the Notice of Appearance as Additional Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dorothy A Smulley, pro se
408 Bar Harbour Road
Stratford CT 06614
Tel: (203) 386-0171
Fax: (203) 386 0171
Email:  frrancesca04@gmail.com

/s/
Laura Pascale Zaino

One Goodwin Square
225 Asylum Street
Hartford CT 06103

HALLORAN & SAGE LLP
Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4363439v.1